**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-1493**

_____

SHUI BING GAO,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

_____

On Petition for Review of an Order of the Board of Immigration Appeals.  (A79-436-610)

_____

Submitted:  August 21, 2006          Decided:  September 8, 2006

_____

Before WILKINSON, TRAXLER, and GREGORY, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Shui Bing Gao, Petitioner Pro Se.  M. Jocelyn Lopez Wright, Eric Warren Marsteller, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Shui Bing Gao, a native and citizen of the People's Republic of China, petitions for review of an order of the Board of Immigration Appeals ("Board") denying a motion to reconsider a prior order, which denied a motion to reopen an order affirming the immigration judge's denial of her requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. See 8 C.F.R. § 1003.2(a) (2006); Jean v. Gonzales, 435 F.3d 475, 481 (4th Cir. 2006). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Gao, No. A79-436-610 (B.I.A. Mar. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED